IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00286-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| SHELTON JAMAAL JONES | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 57 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office and counsel for the Defendant.

IT IS SO ORDERED, this the **15** day of **August**, 2018.

JAMES C. DEVER, III
United States District Judge