UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:17-cr-00286-D

v.

ORDER TO SEAL

SHELTON JAMAAL JONES,

    Defendant.

_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 65 in the above-captioned case be sealed.

This the **22** day of October, 2018.

                                                    _____
                                                  JAMES C. DEVER III
                                                  UNITED STATES DISTRICT JUDGE